UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                               :

T.K.B. Shipping A/S,                :

               Plaintiff,       :      08 Civ. 10585 (TPG)

       - against -           :

                               :      **AGREED ORDER**
Ameropa A.G.,              :      **FOR RELEASE OF**
                               :      **ATTACHED FUNDS**

             Defendant.     :

                               :
------------------------------------------------------------x

This Court on January 19, 2010 (Docket No. 5) ordered that the plaintiff's Rule B

attachment was vacated, and that all attached funds were released, and that this action then was

dismissed without prejudice. This Court's January 19, 2010 Order is final and the time for filing

any notice of appeal has run.

This Court has been informed that Standard Chartered Bank continues to hold an

electronic funds transfer ("EFT") in the amount of USD 104,377.73 originated on or about

December 8, 2008 by Krish Commodities, Mombassa, Kenya, through NIC Bank, Nairobi,

Kenya, directed to defendant Ameropa (herein, the "Attached Funds").

In order to provide for the release to Ameropa of the Attached Funds, Standard

Chartered Bank and defendant Ameropa have agreed to this Order.

/

/

Therefore, upon this agreement and for the reasons set forth above and in this Court's

January 19, 2010 Order, the Attached Funds are to be released pursuant to written instructions

provided to counsel for Standard Chartered Bank by letter from counsel for defendant Ameropa.

SO ORDERED.

Dated: New York, New York
       May 2-6, 2010

Thomas P. Griesa
U.S.D.J.

-2-